**CLOSED CIVIL CASE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14347-CIV-GRAHAM/WHITE

LEO MAURICE McCLENDON,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/

## ORDER

**THIS CAUSE** came before the Court upon Petitioner Leo Maurice McClendon's Petition for Writ of Habeas Corpus pursuant to Title 28 U.S.C. § 2254 [D.E. 1].

**THIS MATTER** was initiated when pro se Plaintiff Leo Maurice McClendon filed a petition for writ of habeas corpus attacking his convictions entered in Case No. 01-01316 in the Circuit Court of the Nineteenth Judicial Circuit of Florida at Martin County. The matter was assigned to the Honorable United States Magistrate Judge Patrick A. White pursuant to the Clerk's Order [D.E. 2].

The Magistrate Judge issued a Report recommending that the petition for writ of habeas corpus be dismissed as untimely filed pursuant to 28 U.S.C. §2244(d)(1)-(2) [D.E. 15]. The Petitioner has not filed objections to the Magistrate's Report.

THE COURT has conducted a de novo review of the file and is otherwise fully advised in the premises. The Court concludes that Petitioner's claims are time-barred for the reasons specified in the Magistrate Judge's Report. Accordingly, it is

ORDERED AND ADJUDGED that United States Magistrate Judge White's Report is hereby RATIFIED, AFFIRMED and APPROVED in its entirety [D.E. 15]. In addition, it is

ORDERED AND ADJUDGED that Petitioner Leo Maurice McClendon's Petition for Writ of Habeas Corpus Pursuant to Title 28 U.S.C. § 2254 is DENIED. It is further

ORDERED AND ADJUDGED that this case is CLOSED and all pending Motions are DENIED as Moot.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th day of July, 2010.

---
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Leo Maurice McClendon, pro se
    Counsel of Record