```
                          UNITED STATES DISTRICT COURT
                          SOUTHERN DISTRICT OF FLORIDA

                          CASE NO. 09-14347-CIV-GRAHAM
                          MAGISTRATE JUDGE P.A. WHITE

LEO MCCLENDON,                  :

     Petitioner,                :
                                      REPORT RECOMMENDING DENIAL OF
v.                              :     CERTIFICATE OF APPEALABILITY
                                         STATE HABEAS CORPUS
WALTER A. MCNEIL,               :              (de#18)

     Respondent.                :
_____
```

This Cause is before the Court upon the petitioner's motion for certificate of appealability (DE#18) , pursuant to 28 U.S.C. §2253 and Fed.R.App.P. 22(b), both as amended April 24, 1996. See: Edwards v. United States, 114 F.3d 1083 (11 Cir. 1987). This motion has been referred to the Undersigned for consideration and report.

The petitioner is seeking to appeal the denial of his habeas corpus petition which was dismissed as untimely. A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  See 28 U.S.C. §2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and (3).  Review of the file in this case reveals that no such showing has been made. The petitioner provides the Court with no arguments to support his claim that he should be granted equitable tolling. The Undersigned Magistrate Judge entered a detailed Report recommending dismissal based upon the untimeliness of the petition. This Report was adopted.

It is therefore recommended that the Court deny the motion for certificate of appealability. (DE#18).

Objections to this report may be filed with the District Judge within fourteen days of receipt of a copy of the report.

Dated this 25th day of August, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc:   Leo McClendon, Pro Se
      Address of record

      Appeals Section
      United States District Court