UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

Case No. 09-14347-CIV-GRAHAM/WHITE

LEO McCLENDON,

    Petitioner,

vs.

WALTER A. McNEIL,

    Respondent.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Petitioner's Motion for Certificate of Appealability [D.E. 18].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on August 24, 2010 [D.E. 19]. On August 25, 2010, the Magistrate Judge issued a Report [D.E. 20] recommending that the Motion for Certificate of Appealability [D.E. 18] be denied. Petitioner filed Objections to the Magistrate Judge's Report [D.E. 23].

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. The Court concludes that the Plaintiff's Objections are without merit. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 20] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Petitioner's Motion for Certificate

of Appealability [D.E. 18] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of September 2010.

/s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Leo McClendon, Pro Se